[No. 17734–6–I.   Division One.   December 24, 1986.]

JOHN NAVARRO, ET AL, *Appellants,* v. STATE FARM
AUTOMOBILE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–10790–1, John W. Riley, J., entered May
14, 1985. *Affirmed* by unpublished opinion per Patrick, J.
Pro Tem., concurred in by Callow and Kristianson, JJ. Pro
Tem.

[No. 16779–1–I.   Division One.   December 24, 1986.]

FARMERS INSURANCE COMPANY, *Respondent,* v. THE
CITY OF BELLINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 83–2–01230–5, Marshall Forrest, J.,
entered June 10, 1985. *Reversed* by unpublished opinion
per Holte, J. Pro Tem., concurred in by Dore and Murphy,
JJ. Pro Tem.

[No. 15128–2–I.   Division One.   December 24, 1986.]

*In the Matter of* JAMES R. WILLIAMS.

Appeal from a judgment of the Superior Court for King
County, No. 81–2–16774–8, Richard L. Pitt, J., entered July
2, 1984. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Ringold, A.C.J., and Swanson, J.

[No. 16204–7–I.   Division One.   December 29, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURENCE
GENE NEUMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–1–00519–4, John F. Wilson, J.,
entered March 22, 1985. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Grosse and Pekelis, JJ.